**Dismissed and Memorandum Opinion filed October 23, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00627-CV

---

## DELLA GOINES, Appellant

### V.

## SRMOF 2009-I TRUST, BY WELLS FARGO BANK, NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL OR BANKING CAPACITY BUT SOLEY AS CERTIFICATE TRUSTEE OF THE TRUST, Appellees

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1046038**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed July 23, 2014. On September 25, 2014, this court found the trial court did not abuse its discretion in denying appellant's request to proceed without the payment of costs. Appellant was ordered to pay the appellate filing fee and make arrangements to pay for the clerk's record on or before October 10, 2014, or the appeal would be dismissed.

As of this date, appellant has not paid the appellate filing fee and has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices McCally, Brown and Wise.